

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-20-2007

# USA v. Greenidge

Precedential or Non-Precedential: Precedential

Docket No. 05-4887

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Greenidge" (2007). *2007 Decisions.* Paper 501.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/501

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 31, 2007

**No.** 05-4887

UNITED STATES OF AMERICA
v.
CARLEEN GREENIDGE, Appellant
(N.J. (Newark) D.C. Criminal No. 03-cr-00253-4)

**No.** 05-5083

UNITED STATES OF AMERICA
v.
MARIO PALLITTA, Appellant
(N.J. (Newark) D.C. Criminal No. 03-cr-00253-3)

**No.** 06-2506

UNITED STATES OF AMERICA
v.
JOSEPH DIGREGORIO, Appellant
(N.J. (Newark) D.C. Criminal No. 03-cr-00253-6)

**Present:     BARRY, FUENTES and GARTH, <u>Circuit Judge</u>.**

Motion by Appellee to publish the Court's Not Precedential Opinion.

_/s/ Anthony Infante_
Anthony Infante
Case Manager          267-299-4916

**Court's Opinion filed on <u>7/17/07</u>.**

**Court's Mandate to issue on <u>8/8/07</u>.**

## O R D E R

**The foregoing** motion to publish is granted.

By the Court,

 **/s/ Leonard I. Garth**
**Circuit Judge**

**Dated:** 20 August 2007